

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| ERIC ABRAHAM MORENO, | § | No. 08-18-00099-CR |
| Appellant, | § | Appeal from the |
| v. | § | 384th District Court |
| THE STATE OF TEXAS | § | of El Paso County, Texas |
| Appellee. | § | (TC#2018D00061) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was reversible error in that part of the judgment as to continuous violence against the family (Count 1). We therefore set aside only the conviction and sentence for continuous violence again the family (Count 1).

We further ORDER that the judgment of the court below is affirmed as to the remainder of the judgment, in accordance with the opinion of this Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 22ND OF DECEMBER, 2020.

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.